

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD., and YANTAI CIMC RAFFLES OFFSHORE LTD., <br><br> Petitioners, <br><br> - against - <br><br> SORATU DRILLING LLC and BAERFIELD DRILLING LLC, <br><br> Respondents. | 14 Civ. _____ <br><br> 14 CV 2279 |

## DECLARATION OF MARIELENA GONZÁLEZ PEÑA IN SUPPORT OF CIMC RAFFLES'S PETITION SEEKING ATTACHMENTS IN AID OF ARBITRATION

I, MARIELENA GONZÁLEZ PEÑA, declare as follows:

1. I am an attorney with the firm Avila & Co. I am admitted, reside, and practice in Panama City, Republic of Panama. My address is Avila & Co., PH Camino de Cruces, 4th Floor, Office 2, Miguel Brostella Avenue, Panama City, Republic of Panama. The information contained in this declaration is based on research conducted by Avila & Co. on February 26, 2014 at the offices of the Panama Maritime Authority and the Public Registry in Panama City.

2. The vessel "SS AMAZONIA" (IMO 8770912) is registered in Panama as property of BAERFIELD DRILLING LLC, and holds a registration certificate #35164-12-A, valid until October 1, 2017 and Call Sign HO-4389.

3. The property title in favour of the said BAERFIELD DRILLING LLC is permanently registered in Filing Card N-31209, Document 1912415 of the Public Registry of Vessels' Titles and Encumbrances, said registration completed as at 25 September 2012.

4. The "SS AMAZONIA" is subject to a First Preferred Ship Mortgage dated 5 March 2008 in favour of DEUTSCHE BANK TRUST COMPANY AMERICAS for the sum of US$800,000,000.00, which is permanently registered in Filing Card N-31209, Document 1335558 of the Public Registry of Vessel's Titles and Encumbrances, said registration completed as at 29 April 2008.

5. The "SS AMAZONIA" is subject to a Second Preferred Ship Mortgage dated 5 March 2008 in favour of DEUTSCHE BANK TRUST COMPANY AMERICAS for the sum of US$120,000,000.00, which is permanently registered in Filing Card N-31209, Document 1336238 of the Public Registry of Vessel's Titles and Encumbrances, said registration completed as at 30 April 2008.

6. The amount secured by the Second Preferred Ship Mortgage in favour of DEUTSCHE BANK TRUST COMPANY AMERICAS was amended to US$146,000,000.00. Such addendum is permanently registered in Filing Card N-31209, Document 1917343 of the Public Registry of Vessel's Titles and Encumbrances, said registration completed as at 23 July 2013.

7. The vessel "SS PANTANAL" (IMO 8770924) is registered in Panama as property of SORATU DRILLING LLC, and holds a registration certificate #35179-13, valid until July 8, 2018 and Call Sign HO-4400.

8. The property title in favour of the said SORATU DRILLING LLC is permanently registered in Filing Card N-33374, Document 1912278 of the Public Registry of Vessels' Titles and Encumbrances, said registration completed as at 14 September 2012.

9. The "SS PANTANAL" is subject to a First Preferred Ship Mortgage dated 26 August 2009 in favour of DEUTSCHE BANK TRUST COMPANY AMERICAS for the sum of US$800,000,000.00, which is permanently registered in Filing Card N-33374, Document 1673306 of the Public Registry of Vessel's Titles and Encumbrances, said registration completed as at 2 November 2009.

10. The "SS PANTANAL" is subject to a Second Preferred Ship Mortgage dated 26 August 2009 in favour of DEUTSCHE BANK TRUST COMPANY AMERICAS for the sum of US$120,000,000.00, which is permanently registered in Filing Card N-33374, Document 1673309 of the Public Registry of Vessel's Titles and Encumbrances, said registration completed as at 2 November 2009.

11. The amount secured by the Second Preferred Ship Mortgage in favour of DEUTSCHE BANK TRUST COMPANY AMERICAS was amended to US$146,000,000.00. Such addendum is permanently registered in Filing Card N-33374, Document 1917344 of the Public Registry of Vessel's Titles and Encumbrances, said registration completed as at 23 July 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2014

_____
MARIELENA GONZÁLEZ PEÑA