

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. and YANTAI CIMC RAFFLES OFFSHORE
LTD.,

                                    Petitioners,

              - against -

SORATU DRILLING LLC and
BAERFIELD DRILLING LLC,

                                    Respondents.

14 Civ. _____ (___)

**1 4 CV 2279**

## <u>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to CIMC Raffles Offshore (Singapore) Pte. Ltd., a private non-governmental party, its corporate parent is China International Marine Containers (Group) Co. Ltd, and the following publicly held corporation holds 10% or more of CIMC Raffles Offshore (Singapore) Pte. Ltd.'s stock:  China International Marine Containers (Group) Co. Ltd.

Dated: New York, New York
      April 1, 2014

Respectfully submitted,
DEBEVOISE & PLIMPTON LLP

By: _____

Joseph P. Moodhe
jpmoodhe@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6241

*Co-counsel for Petitioners*