AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Southern District of New York

| | | |
|---|---|---|
| CIMC Raffles Offshore (Singapore) Pte. Ltd. & Yantai CIMC Raffles Offshore Limited | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Soratu Drilling LLC & Baerfield Drilling LLC | ) ) ) | |
| *Defendant* | ) | **14 CV 2279** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Baerfield Drilling LLC
Corporation Trust Center
1209 N. Orange St.
Wilmington, DE 19081-1120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joseph P. Moodhe
919 Third Avenue
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: _____APR 0 1 2014_____            _____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. and YANTAI CIMC RAFFLES OFFSHORE LTD., <br><br> Petitioners, <br><br> v. <br><br> SORATU DRILLING LLC and BAERFIELD DRILLING LLC, <br><br> Respondents. | 14 CIV 2279 (JSR) <br><br> AFFIDAVIT OF SERVICE |

STATE OF DELAWARE    )
                                              ss.:
COUNTY OF NEW CASTLE    )

Michael Danko, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware. That on April 22nd, 2014 at 2:24 p.m. at 1209 Orange Street, Wilmington, Delaware 19801, I personally served true copies of the following documents:

-Summons
-Petition for CPLR 7502(c) Attachments
-Civil Cover Sheet
-Memorandum of Law in Support of Petition
-Declaration of Joseph Moodhe
-Declaration of Dan J. Shulman
-Declaration of Lui Yen Chow
-Declaration of Marielena Gonzalez Pena
-SDNY CM/ECF Rules
-Judge Rakoff Individual Rules of Practice

upon Baerfield Drilling LLC, c/o The Corporation Trust Company. The service was accepted by Amy McLaren, Assistant Corporate Operations Manager. Amy McLaren is a light-skinned female, light brown hair, approximately 33 years of age and weighing approximately 175 lbs.

_____
Michael Danko

Sworn to before me this
23rd day of April, 2014

Dennis Schofield, Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015