IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIMC RAFFLES OFFSHORE (SINGAPORE) )
PTE. LTD. and YANTAI CIMC RAFFLES )
OFFSHORE LTD., )

                                 Petitioners,

v.

SORATU DRILLING LLC and
BAERFIELD DRILLING LLC,

                                 Respondents.

14 CIV 2279 (JSR)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                  ss.:
COUNTY OF NEW CASTLE )

Michael Danko, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware. That on April 22nd, 2014 at 2:24 p.m. at 1209 Orange Street, Wilmington, Delaware 19801, I personally served true copies of the following documents:

-Summons
-Petition for CPLR 7502(c) Attachments
-Civil Cover Sheet
-Memorandum of Law in Support of Petition
-Declaration of Joseph Moodhe
-Declaration of Dan J. Shulman
-Declaration of Lui Yen Chow
-Declaration of Marielena Gonzalez Pena
-SDNY CM/ECF Rules
-Judge Rakoff Individual Rules of Practice

upon Soratu Drilling LLC, c/o The Corporation Trust Company. The service was accepted by Amy McLaren, Assistant Corporate Operations Manager. Amy McLaren is a light-skinned female, light brown hair, approximately 33 years of age and weighing approximately 175 lbs.

                                                      _/s/ Mike Danko_
                                                          Michael Danko

Sworn to before me this
23rd day of April, 2014

*[signature: Dennis Schofield]*

Dennis Schofield, Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015