UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. AND YANTAI CIMC RAFFLES
OFFSHORE LIMITED,

                                        Petitioners,

                v.

SORATU DRILLING LLC AND BAERFIELD
DRILLING LLC,

                                        Respondents.

-------------------------------------------------------------------x

14 Civ. 2279 (JSR)

## STIPULATION AND ORDER

        **WHEREAS**, CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC

Raffles Offshore Ltd. (collectively, "CIMC Raffles") have filed a petition ("Petition") and

requested this Court to grant orders of attachment in their favor and against Soratu Drilling LLC

("SDL") and Baerfield Drilling LLC ("BDL") (collectively, "Respondents").

        **WHEREAS**, the relief CIMC Raffles seeks with such an action is to prevent

Respondents from engaging in any activities that would: (i) result or logically may result in the

increase in liens or secured claims on Respondents' assets; (ii) increase or modify the

encumbrances on any of Respondents' assets; (iii) impair the value of any of Respondents'

assets; or (iv) result in the sale, assignment, or transfer of any of Respondents' assets outside the

jurisdiction (collectively, "Impairment Activities");

        **WHEREAS**, Petitioners have contemplated seeking an order to show cause with

a temporary restraining order to prevent Respondents from engaging in Impairment Activities;

**WHEREAS,** Respondents deny that Petitioners are entitled to the relief they seek in their Petition;

**WHEREAS,** the parties are desirous of avoiding motion practice over the issuance of a temporary restraining order;

**WHEREAS,** the Court has scheduled a status conference in this action for May 7, 2014; and

**WHEREAS,** Respondents reserve all rights and defenses, including lack of personal jurisdiction;

**NOW, THEREFORE,** the undersigned parties hereby stipulate and agree that:

1. Respondents will not engage in any Impairment Activities until after the conclusion of the May 7, 2014 status conference.

2. Service of the Petition on Respondents is acknowledged to have been effected on April 22, 2014.

3. Respondents will file their response to the Petition by May 15, 2014. Petitioners will file their reply by May 22, 2014. The Court will schedule this matter for hearing at the status conference to be held on May 7, 2014.

SO STIPULATED AND AGREED.

Dated:     April 24, 2014
           New York, NY


DEBEVOISE & PLIMPTON LLP                    LINKLATERS LLP

By: _____               By: _____
Joseph P. Moodhe                           Paul S. Hessler
Nwamaka G. Ejebe                           Patrick C. Ashby
919 Third Avenue                           1345 Avenue of the Americas
New York, NY 10022                         New York, NY 10105
(212) 909-6000                             (212) 903-9000

*Co-counsel for CIMC Raffles Offshore*      *Counsel for Baerfield Drilling LLC and Soratu*
*(Singapore) Pte. Ltd. and Yantai CIMC Raffles*  *Drilling LLC*
*Offshore Ltd.*


Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214


SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:     New York, NY
           April 27, 2014


3