UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

                Petitioners,

v.

SORATU DRILLING LLC AND BAERFIELD DRILLING LLC,

                Respondents.

------------------------------------------------------x

14 Civ. 2279 (JSR)

## STIPULATION AND ORDER

**WHEREAS**, CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd. (collectively, "CIMC Raffles") have filed a petition ("Petition") and requested this Court to grant orders of attachment in their favor and against Soratu Drilling LLC ("SDL") and Baerfield Drilling LLC ("BDL") (collectively, "Respondents").

**WHEREAS**, the relief CIMC Raffles seeks with such an action is to prevent Respondents from engaging in any activities that would: (i) result or logically may result in the increase in liens or secured claims on Respondents' assets; (ii) increase or modify the encumbrances on any of Respondents' assets; (iii) impair the value of any of Respondents' assets; or (iv) result in the sale, assignment, or transfer of any of Respondents' assets outside the jurisdiction (collectively, "Impairment Activities");

**WHEREAS**, Petitioners have contemplated seeking an order to show cause with a temporary restraining order to prevent Respondents from engaging in Impairment Activities;

**WHEREAS,** Respondents deny that Petitioners are entitled to the relief they seek in their Petition;

**WHEREAS,** the parties are desirous of avoiding motion practice over the issuance of a temporary restraining order;

**WHEREAS,** Respondents reserve all rights and defenses, including lack of personal jurisdiction;

**NOW, THEREFORE,** the undersigned parties hereby stipulate and agree that Respondents will not engage in any Impairment Activities until after the close of business day on May 21, 2014.

SO STIPULATED AND AGREED.

Dated: May 7, 2014
New York, NY

| DEBEVOISE & PLIMPTON LLP | LINKLATERS LLP |
|---|---|
| By: _____ <br> Joseph P. Moodhe <br> Nwamaka G. Ejebe <br> 919 Third Avenue <br> New York, NY 10022 <br> (212) 909-6000 | By: _____ <br> Paul S. Hessler <br> Patrick C. Ashby <br> 1345 Avenue of the Americas <br> New York, NY 10105 <br> (212) 903-9000 |
| *Co-counsel for CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd.* | *Counsel for Baerfield Drilling LLC and Soratu Drilling LLC* |

Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214

2

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, NY
         May 7, 2014