UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE LTD. and YANTAI CIMC RAFFLES OFFSHORE LIMITED,

                                Petitioners,

           v.

SORATU DRILLING LLC AND BAERFIELD DRILLING LLC,

                                Respondents.

---------------------------------------------------------------x

14 Civ. 2279 (JSR)

**ECF CASE**
**Electronically Filed**

## NOTICE OF RESPONDENTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS, OR ALTERNATIVELY, TO TRANSFER VENUE

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the declaration of Fernando Schahin, Respondents Baerfield Drilling LLC and Soratu Drilling LLC (collectively, "Respondents") respectfully move this Court, before the Honorable Jed S. Rakoff, at the United States Courthouse, 500 Pearl Street, Room 14B, New York, New York, on June 10, 2014, for an order pursuant to Federal Rule of Civil Procedure 12(b)(2), 28 U.S.C. §§ 1404(a) and 1406(a), and the doctrine of *forum non conveniens*, for an order dismissing this action for lack of personal jurisdiction, on grounds of *forum non conveniens*, or alternatively,

transferring venue, together with such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         May 15, 2014

                                          Respectfully submitted,

                                        Linklaters LLP

                                        By:   /s/ Paul S. Hessler
                                        Paul S. Hessler
                                        Patrick C. Ashby
                                        Efrat F. Fish
                                        1345 Avenue of the Americas
                                        New York, NY 10105
                                        (212) 903-9000
                                        (212) 903-9100 (fax)

                                        *Attorneys for Baerfield Drilling LLC and*
                                        *Soratu Drilling LLC*