UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. and YANTAI CIMC RAFFLES OFFSHORE
LIMITED,

                         Petitioners,

             v.

SORATU DRILLING LLC AND BAERFIELD
DRILLING LLC,

                        Respondents.

------------------------------------------------x

14 Civ. 2279 (JSR)

**ECF CASE**
**Electronically Filed**

## <u>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents Baerfield Drilling LLC ("BDL") and Soratu Drilling LLC ("SDL") make the following disclosures:

        Respondents BDL and SDL are wholly-owned subsidiaries of Black Gold Drilling LLC, which is a wholly-owned subsidiary of Sea Biscuit International Inc., itself a wholly-owned subsidiary of Schahin Oil & Gas Ltd., and no publicly held corporation owns 10% or more of either of the Respondents' stock.

Dated:   New York, New York
         May 16, 2014

                              Respectfully submitted,

                              Linklaters LLP

                              By:   /s/ Paul S. Hessler
                              Paul S. Hessler
                              Patrick C. Ashby
                              1345 Avenue of the Americas,
                              New York, NY 10105
                              (212) 903-9000
                              (212) 903-9100 (fax)

                              *Attorneys for Baerfield Drilling LLC and
                              Soratu Drilling LLC*