UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. AND YANTAI CIMC RAFFLES
OFFSHORE LIMITED,

Petitioners,

v.

SORATU DRILLING LLC AND BAERFIELD
DRILLING LLC,

Respondents.

-------------------------------------------------------------



14 Civ. 2279 (JSR)

## STIPULATION AND ORDER

**WHEREAS**, CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC

Raffles Offshore Ltd. (collectively, "CIMC Raffles") have filed a petition ("Petition") and

requested this Court to grant orders of attachment in their favor and against Soratu Drilling LLC

("SDL") and Baerfield Drilling LLC ("BDL") (collectively, "Respondents").

**WHEREAS**, the relief CIMC Raffles seeks with such an action is to prevent

Respondents from engaging in any activities that would: (i) result or logically may result in the

increase in liens or secured claims on Respondents' assets; (ii) increase or modify the

encumbrances on any of Respondents' assets; (iii) impair the value of any of Respondents'

assets; or (iv) result in the sale, assignment, or transfer of any of Respondents' assets outside the

jurisdiction (collectively, "Impairment Activities");

**WHEREAS**, Petitioners have contemplated seeking an order to show cause with

a temporary restraining order to prevent Respondents from engaging in Impairment Activities;

**WHEREAS,** Respondents deny that Petitioners are entitled to the relief they seek in their Petition;

**WHEREAS,** the parties are desirous of avoiding motion practice over the issuance of a temporary restraining order;

**WHEREAS,** Respondents filed their response to the Petition, along with a motion to dismiss the Petition, on May 15, 2014;

**WHEREAS,** on April 27, 2014, the Court signed a Stipulation and Order setting May 22, 2014 as the deadline for Petitioners' reply;

**WHEREAS,** the parties desire to set the deadline of Petitioners' reply to June 3, 2014, to coincide with the date on which Petitioners' opposition to Respondents' motion to dismiss is due;

**WHEREAS,** the parties desire to set the deadline of Respondents' reply to Petitioners' opposition to Respondents' motion to dismiss to June 6, 2014;

**WHEREAS,** Respondents reserve all rights and defenses, including lack of personal jurisdiction;

**NOW, THEREFORE,** the undersigned parties hereby stipulate and agree that:

1. Respondents will not engage in any Impairment Activities until after the close of business day on May 27, 2014.

2. Petitioners will file their reply to Respondents' response to the Petition by June 3, 2014.

3. Respondents will file their reply to Petitioners' opposition to Respondents' motion to dismiss on June 6, 2014.

2

SO STIPULATED AND AGREED.

Dated:     May 21, 2014
           New York, NY

DEBEVOISE & PLIMPTON LLP                    LINKLATERS LLP

By: _____                 By: _____

Joseph P. Moodhe                            Paul S. Hessler
Nwamaka G. Ejebe                            Patrick C. Ashby
919 Third Avenue                            1345 Avenue of the Americas
New York, NY 10022                          New York, NY 10105
(212) 909-6000                              (212) 903-9000

*Co-counsel for CIMC Raffles Offshore       Counsel for Baerfield Drilling LLC and Soratu*
*(Singapore) Pte. Ltd and Yantai CIMC Raffles   Drilling LLC*
*Offshore Ltd.*

Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:     New York, NY
           May 21, 2014

3