UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. AND YANTAI CIMC RAFFLES
OFFSHORE LIMITED,

                Petitioners,

    v.

SORATU DRILLING LLC AND BAERFIELD
DRILLING LLC,

                Respondents.

------------------------------------------------------------x

14 Civ. 2279 (JSR)



## STIPULATION AND ORDER

**WHEREAS**, CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd. (collectively, "CIMC Raffles") have filed a petition ("Petition") and requested this Court to grant orders of attachment in their favor and against Soratu Drilling LLC ("SDL") and Baerfield Drilling LLC ("BDL") (collectively, "Respondents").

**WHEREAS**, the relief CIMC Raffles seeks with such an action is to prevent Respondents from engaging in any activities that would: (i) result or logically may result in the increase in liens or secured claims on Respondents' assets; (ii) increase or modify the encumbrances on any of Respondents' assets; (iii) impair the value of any of Respondents' assets; or (iv) result in the sale, assignment, or transfer of any of Respondents' assets outside the jurisdiction (collectively, "Impairment Activities");

**WHEREAS**, Petitioners have contemplated seeking an order to show cause with a temporary restraining order to prevent Respondents from engaging in Impairment Activities;

**WHEREAS**, Respondents deny that Petitioners are entitled to the relief they seek in their Petition;

**WHEREAS**, the parties are desirous of avoiding motion practice over the issuance of a temporary restraining order;

**WHEREAS**, Respondents reserve all rights and defenses, including lack of personal jurisdiction;

**NOW, THEREFORE**, the undersigned parties hereby stipulate and agree that:

1. Respondents will not engage in any Impairment Activities until after the close of business day on June 10, 2014.

SO STIPULATED AND AGREED.

Dated:   May 27, 2014
         New York, NY

DEBEVOISE & PLIMPTON LLP

By: _____
Joseph P. Moodhe
Nwamaka G. Ejebe
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Co-counsel for CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd.*

LINKLATERS, LLP

By: _____
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

*Counsel for Baerfield Drilling LLC and Soratu Drilling LLC*

Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214

2

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, NY
        May __, 2014